IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODGER ROBINSON,

    Plaintiff,

v.                              NO. CIV. S- 07-1248 LEW GGH PS

CHEROKEE TIMES SQUARE, LLC,

    Defendant.               <u>ORDER AND ORDER TO SHOW CAUSE</u>

_____/

        The case is before the undersigned pursuant to 72-302(c)(21). On November 30, 2007, plaintiff filed a status report without participation by defendant, as required by the court's order requiring joint status report, filed June 25, 2007. Therefore, defendant will be ordered to show cause for the failure to participate in the joint status report.

        A status conference will also be scheduled to address both the scheduling of this case, and an answer filed not by defendant, an LLC, but by its owner and agent for service of process, Chris Gianulias, who is apparently not an attorney.

        Accordingly, IT IS ORDERED that:

        1. A status conference is scheduled for January 31, 2008, at 10:00 a.m. in courtroom #24; and

\\\\\

2. Defendant shall appear at the status conference and show cause for failure to participate in the joint status report.

DATED: 01/15/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH/076:Robinson1248.sts.wpd