IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODGER ROBINSON,

    Plaintiff,

v.                                              NO. CIV. S-07-1248 LEW GGH PS

CHEROKEE TIMES SQUARE, LLC,                     ORDER
and CHRIS GIANULIAS,

    Defendants.
_____/

       A status conference was held in this case on January 31, 2008, pursuant to this court's order to show cause filed January 15, 2008. Defendant Chris Gianulias was informed of the requirement that defendant Cherokee Times Square, LCC, must be represented by counsel. See, e.g., United States v. High Country Broadcasting Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); D-Beam Limited Partnership v. Roller Derby Skates, Inc., 366 F.3d 972, 973-974 (9th Cir. 2004). The parties requested, and this court approved, an extension of time within which to pursue settlement of this case.

\\\\\

\\\\\

\\\\\

1    Accordingly, IT IS HEREBY ORDERED that a status conference is scheduled for
2 Thursday, April 3, 2008, at 10:00 a.m. in Courtroom No. 24.
3    So ordered.
4 DATED: 02/01/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH5:Robinson1248.ord