1

2

3

4

5

6

7

8

9

10

11                  IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

RODGER ROBINSON,

14                                      Civ. No.S-07-1248 LEW GGH

      Plaintiff,

15                                         O R D E R

      v.

16

17  CHEROKEE TIMES SQUARE, LLC,
and CHRIS GIANULISAS

18      Defendants.

19

20      Each of the parties in the above-captioned case has filed a

21  "Consent to Proceed Before a United States Magistrate."  See 28

22  U.S.C. § 636(a)(5) and (c).  According to E.D. Cal. R. 73-305,

23  both the district court judge assigned to the case and the

24  magistrate judge must approve the reference to the magistrate

25  judge.

26      The undersigned has reviewed the file herein and recommends

1  that the above-captioned case be reassigned and referred to the

2  magistrate judge for all further proceedings and entry of final

3  judgment.

4      IT IS HEREBY ORDERED that any hearing dates currently set

5  before the undersigned are VACATED.

6      IT IS FURTHER ORDERED that the Clerk of the Court reassign

7  this case to the Honorable Gregory G. Hollows, Magistrate Judge.

8  The parties shall please take note that all documents hereafter

9  filed with the Clerk of the Court shall bear case number Civ.S-

10  07-1248 GGH

11  Dated: April 4, 2008

12                                   /s/ Ronald S. W. Lew
                                     HON. RONALD S. W. LEW
13                                   United States District Judge

14      Having also reviewed the file, I accept reference of this

15  case for all further proceedings and entry of final judgment.

16  Dated: 04/10/08

17                                   /s/ Gregory G. Hollows

                                     _____
18                                   HON. GREGORY G. HOLLOWS
                                     United States Magistrate Judge

19

20  robinson.cons

21

22

23

24

25

26

2