| | |
|---|---|
| 1 | JAMES B. MACY [SBN 071777]<br>LAW OFFICES OF JAMES B. MACY |
| 2 | 7309 STOCKTON BOULEVARD, SUITE B<br>SACRAMENTO, CA 95823 |
| 3 | 916-392-5685<br>916-392-5687 (FAX) |
| 4 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

--ooOoo--

| ROGER ROBINSON, | Case No. 07-CV-1248-GGH |
|---|---|
| Plaintiff, | |
| v. | DEFENDANTS' REQUEST TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS |
| CHEROKEE TIMES SQUARE, LLC and CHRIS GIANULIAS | DATE: 5/21/09<br>TIME: 10:00 A.M.<br>DEPT: 24 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 54(d)(2)(C) the defendants CHEROKEE TIMES SQUARE, LLC and CHRIS GIANGULIAS request the Court's consent to file opposition to plaintiff ROGER ROBINSON's Motion for Attorney Fees and Costs calendared for hearing on May 21, 2009.

Defendants propose filing the opposition on or before May 11, 2009.
---

**DEFENDANTS' REQUEST TO FILE
OPPOSITION TO PLAINTIFF'S MOTION
FOR ATTORNEY FEES AND COSTS**                                      Page 1

Respectfully Submitted,

DATED: May 4, 2009

/s/ JAMES B. MACY

―――――――――――――――
JAMES B. MACY
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

DATED: May 12, 2009  *nunc pro tunc*

―――――――――――――――
**GREGORY G. HOLLOWS**
**JUDGE**

―――――――――――――――
**DEFENDANTS' REQUEST TO FILE
OPPOSITION TO PLAINTIFF'S MOTION
FOR ATTORNEY FEES AND COSTS**